ACCEPTED
12-15-00160-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
12/7/2015 2:30:15 PM
Pam Estes
CLERK

## NO. 12-15-00160-CR

ON APPEAL FROM THE 217TH JUDICIAL DISTRICT COURT
ANGELINA COUNTY, TEXAS
CAUSE NO. 2011-0160

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
12/7/2015 2:30:15 PM
PAM ESTES
Clerk

| | | |
|---|---|---|
| **BRADLEY GENE GRAHAM** | § | **IN THE 12TH COURT OF APPEALS** |
| | § | |
| | § | **OF** |
| | § | |
| **vs.** | § | |
| | § | |
| **STATE OF TEXAS** | § | **TYLER, TEXAS** |

### MOTION TO EXTEND TIME TO FILE APPEALANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Bradley Gene Graham, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file his appellant's brief, pursuant to TEX. R. APP. P. 10.5 (b) and for good cause shows the following:

1. This case is on appeal from the 217TH Court of Angelina County, Texas.

2. The case below was styled the STATE OF TEXAS vs. BRADLEY GRAHAM, and numbered 2011-0160.

3. Appellant was convicted of Theft.

4. Appellant was assessed a sentence of eighteen (18) years imprisonment in the Texas Department of Corrections – Institutional Division.

5. Pursuant to TEX. R. APP. P. 26.2, notice of appeal filed on June 5, 2015.

6. Defendant is incarcerated in TDCJ.

7. The appellate brief is due on December 14, 2015. There have been no extensions previously requested in this cause.

8. The State does not oppose an extension in this cause.

9. Appellant requests an extension of time of 30 days from the present date or until January 14, 2016.

10. Appellant relies on the following facts as good cause for the requested extension:

During the first thirty day period Appellant's Counsel was involved in a jury trial, State v. Taylor, 2014-0049 from November 16-19, Counsel will be picking jury in case 2015-0106 and trial on December 16, 2015. Counsel also will be in an oral argument in an Angelina County misdemeanor case on December 15, 2015 with the 12th Court of Appeals in Tyler, Texas. The undersigned counsel believes that he can complete the brief during the next thirty (30) days if an extension is granted.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Notice of Appeal, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

Albert J. Charanza Jr.
Charanza Law Office, P.C.
P.O. Box 1825
Lufkin, Texas 75902
936/634-8568
936/634-0306 (fax)
State Bar No. 00783820
alcharanza@consolidated.net
ATTORNEY FOR THE APPELLANT

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a true and correct copy of the foregoing MOTION TO EXTEND TIME TO FILE APPEALANT'S was served upon the District Attorney's Office, Angelina County, Texas, 215 East Lufkin Avenue, Lufkin, Texas 75901 on December 7, 2015 via efile.

Albert J. Charanza Jr.

## NO. 12-15-00160-CR

ON APPEAL FROM THE 217TH JUDICIAL DISTRICT COURT
ANGELINA COUNTY, TEXAS
CAUSE NO. 2011-0160

| | | |
|---|---|---|
| **STATE OF TEXAS** | | § |
| | | § |
| **COUNTY OF ANGELINA** | | § |

### AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared Albert J. Charanza, Jr., who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion To Extend Time to File Appellant's Brief and swears that all of the allegations of fact contained therein are true and correct."

_____
Albert J. Charanza, Jr. Affiant
Counsel for Appellant

**SUBSCRIBED AND SWORN TO BEFORE ME** on December 7, 2015 to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas

LUCIA GONZALEZ
Notary Public, State of Texas
My Commission Expires
May 01, 2018